**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jasper Tujuian ALLEN, Defendant–Appellant.**

No. 10–6319.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 29, 2010.

Decided: July 16, 2010.

This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Jasper Tujuian Allen, Appellant Pro Se. Jennifer P. May–Parker, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper Tujuian Allen appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(B) (2006) motion to reopen his sentence and compel the Government to file a substantial assistance motion pursuant to Fed.R.Crim.P. 35. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Allen,* No. 5:03–cr–00299–BO–1 (E.D.N.C. Feb. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*